**Exhibit A to the Complaint**

**Location:** Oakland, CA

**Total Works Infringed:** 42

**IP Address:** 76.126.151.68

**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: F8B08A7026BFEC4FB4BDD85097D3A6E4973E6C22 File Hash: AC6A01BCA8A5640B192D798D3755118DDB5674092C473B0C6B240BC911A87336 | 08/31/2020 05:21:43 | Tushy | 08/30/2020 | 09/05/2020 | PA0002255477 |
| 2 | Info Hash: F8BEA2187EB8AC4D9D102095C2A9C332FFDAC5CF File Hash: 665F883B02F64EAB71844D54138F85F3010D84DEAEC3AAD7FAAACE346EECEB50 | 08/16/2020 20:58:02 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |
| 3 | Info Hash: D3AB5B42A043175636956905D0337D0D4B1D00F8 File Hash: 22EC1E4747F04A13C387677A3BAE781749A3F4933F9C734834E37550CE58911D | 08/02/2020 04:59:14 | Vixen | 07/31/2020 | 08/11/2020 | PA0002252260 |
| 4 | Info Hash: C422B5A51FDCCA3AF8EE933ACC0B4E7648B6A4BA File Hash: CA496CE59F2203BD26ADBC196B8C3764225AFB30AD840E8F38CE84B92DDE8F83 | 07/21/2020 03:34:45 | Vixen | 07/17/2020 | 08/11/2020 | PA0002252259 |
| 5 | Info Hash: 1B0C15196DA7920F73A8DCA60D1C75E05FB470E7 File Hash: 6BBCF4504652FB99BF8C80A46737EC612692CF2F4EB88FD379B41388633DA3E5 | 07/05/2020 21:26:26 | Tushy | 07/05/2020 | 07/20/2020 | PA0002248967 |
| 6 | Info Hash: EFFE8F812F7FA5280DB204646DE0DA9AABD6C895 File Hash: 6B5D68DB5094A2B7D8189887A77670943358D7C47F33AB203858C8ACDCEC94CC | 06/12/2020 23:58:55 | Vixen | 06/12/2020 | 06/25/2020 | PA0002256359 |
| 7 | Info Hash: 8E3B21D5751F7588D7F8C87CEF062E431D0048F7 File Hash: 215A64D03E68A3554C9F255408626669037C799B6EDDEB625F222B14D4D20B52 | 06/06/2020 03:33:11 | Vixen | 06/05/2020 | 06/22/2020 | PA0002245631 |
| 8 | Info Hash: B406E6C5027317CCB42102118F4C0BA11BC9A76F File Hash: 0DC25A37AD2599BF3EDA5A295D476DB53D5A85EA90F0FF8E30AB6D55D2847C4D | 06/01/2020 00:40:27 | Tushy | 05/31/2020 | 06/16/2020 | PA0002253261 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash:<br>0EADDEAD674C02DF1F6937EA2B46CC6F34717213<br>File Hash:<br>D12AD52DF486373A53D70B7F8CA375A1227EBFC17F1C23194B7C10A13321A538 | 05/16/2020<br>02:35:51 | Vixen | 05/15/2020 | 06/08/2020 | PA0002243648 |
| 10 | Info Hash:<br>ADC6F231FE7F58D641F65B08DBBDE1CB5B7D01E6<br>File Hash:<br>4583AC60B0A8B993DBD98607FB2A64A7BFB9776A97E1D9408D63A98763FF2732 | 05/11/2020<br>00:25:48 | Tushy | 05/10/2020 | 06/16/2020 | PA0002253266 |
| 11 | Info Hash:<br>F6C4CB85B9CE844162A864CE5997F278A1660F44<br>File Hash:<br>2D470F7DA53635DEB0E86675366502511C88AFA332A9DCB72740A3CC7F8BF1AF | 04/26/2020<br>19:10:28 | Tushy | 04/26/2020 | 05/19/2020 | PA0002241478 |
| 12 | Info Hash:<br>FE1330395B6CB1E7D7523CA1068F41219FFC9270<br>File Hash:<br>5AAFF4EF145AA9F5F83CFA07F345F3EAC2F7C14222F0059B85E58381C1F77F66 | 04/12/2020<br>18:46:22 | Tushy | 04/12/2020 | 04/22/2020 | PA0002237697 |
| 13 | Info Hash:<br>072DB941161143E9AA368757C889D3FB439FFE9A<br>File Hash:<br>7D72CD247A2F9BC5FA229CDAB4B8B7B0E20783E29C3C316F646DCC1CDB485492 | 03/27/2020<br>20:39:30 | Vixen | 03/27/2020 | 04/17/2020 | PA0002246166 |
| 14 | Info Hash:<br>54BEEB8E2D7FF2237E63B185C8B86D9E22C64B54<br>File Hash:<br>85BDA99930300B18BBBB8274E67E93A4282E941F871F6CD684C739D73C472680 | 03/21/2020<br>05:13:02 | Vixen | 03/20/2020 | 04/17/2020 | PA0002246116 |
| 15 | Info Hash:<br>F7968383401D1B6675DD2D638D7C4609FE6300EB<br>File Hash:<br>8DF82EEDAA8BA17D3C9FCB24A7CB387FE248F809D26D6094FEC2CE1435F3435D | 03/06/2020<br>21:29:48 | Tushy | 03/06/2020 | 04/15/2020 | PA0002244958 |
| 16 | Info Hash:<br>403E8C8AAA1FD91D2ED68B3DC7BA45BE64756777<br>File Hash:<br>7143ECF8C1CBB3F3D0BFC8E5B94B112D43A0EA60EECE43B6005F2269DBBDEF3C | 02/29/2020<br>03:51:58 | Vixen | 02/28/2020 | 04/17/2020 | PA0002251744 |
| 17 | Info Hash:<br>E8D56D4CCB88107B10EA6781DBB1AF91AF1A624C<br>File Hash:<br>19660F9681BD3DA67AE2BB43BC6251A26C104A1535E242338DB6C0F795AF1E7C | 01/26/2020<br>20:16:03 | Tushy | 01/26/2020 | 02/20/2020 | PA0002237626 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 18 | Info Hash:<br>8717CF001541730366DA6B151ECDBB4CE9428778<br>File Hash:<br>E72B265E6F5728C460A7AABA50E91AF5093343AE900D3A8D65BE8FABF5F307D0 | 01/16/2020<br>19:10:51 | Tushy | 01/16/2020 | 02/20/2020 | PA0002237625 |
| 19 | Info Hash:<br>0D7B4F446E166654D296A1D2F5B72EC34DBB28C9<br>File Hash:<br>737630B23589A71860B212981AAC3E12FB5C7D95C3CF054E2911901B05E5DE69 | 01/15/2020<br>02:51:22 | Vixen | 01/14/2020 | 02/03/2020 | PA0002236203 |
| 20 | Info Hash:<br>CA869FC6267CB0B72073C36C5700BAA365ED1BEA<br>File Hash:<br>896DB05FE9DA1D1D676673952DE962182FEB5EA49C602513D01573B18472CEDA | 01/11/2020<br>23:57:30 | Tushy | 01/11/2020 | 02/03/2020 | PA0002236483 |
| 21 | Info Hash:<br>7FD54AC4C00946831B52DD2A0DC72E0B11E29CB7<br>File Hash:<br>087E82C7F7EC1ADC547B61B482251DD7DE96F308E6DF92034F105C7716374813 | 01/09/2020<br>21:52:43 | Vixen | 01/09/2020 | 02/03/2020 | PA0002236496 |
| 22 | Info Hash:<br>5516C3DB21F565831FCC449496722F7D2EEF5D58<br>File Hash:<br>BDA9BA99487F613A5ECBE5565801CC20786162CEA85527894D1E3094D7BBE315 | 01/07/2020<br>01:12:53 | Tushy | 01/06/2020 | 02/03/2020 | PA0002236202 |
| 23 | Info Hash:<br>53899240386726278E3748D184788BDA2D514934<br>File Hash:<br>3DB1A60532777748B0CDD51F470BC1997D18EEC914312A1540734BE202A5B859 | 01/05/2020<br>12:40:47 | Vixen | 01/04/2020 | 01/27/2020 | PA0002223959 |
| 24 | Info Hash:<br>84E3BECE3CADAE5C5DE913EEBC5F353240357A56<br>File Hash:<br>A27BD0DC662A8E494AD2DF17811179E86B6B9837BA8D162AEAE0C027D35B8BA2 | 12/10/2019<br>23:28:29 | Vixen | 12/10/2019 | 01/03/2020 | PA0002233429 |
| 25 | Info Hash:<br>B32F801C60CBF97AEAC7342AD563D34DDCFC228C<br>File Hash:<br>79D5BFD438E9B59F937689D76AB3CDE9A5851E28C7894A456A1604E6263C8C08 | 12/07/2019<br>23:56:34 | Tushy | 12/07/2019 | 12/17/2019 | PA0002217666 |
| 26 | Info Hash:<br>7DC5428D1EBD837307A66BC522B52C7F3CEE7870<br>File Hash:<br>C455654BF7784E8149B6E0152E69AACE89147C51F998F8EF2E9AC934570FCC34 | 11/26/2019<br>11:25:13 | Vixen | 11/25/2019 | 12/09/2019 | PA0002216264 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 27 | Info Hash:<br>678DB6925612A2EF02B5B119FA3D9E8DF77572AA<br>File Hash:<br>D59525FC3F411AF429B0A0883460036058E6E43675CA11C89579F7275FB13240 | 10/24/2019<br>00:28:16 | Tushy | 10/23/2019 | 11/05/2019 | PA0002227103 |
| 28 | Info Hash:<br>B6F5BDCA722BCAC4EAB1561FCDE83A4AC08FFB8E<br>File Hash:<br>5F012319ADF87B5C2017760F4724BC017094185E636CE8EC7E07A722713C1EF8 | 09/26/2019<br>22:30:27 | Vixen | 09/26/2019 | 10/01/2019 | PA0002217354 |
| 29 | Info Hash:<br>313A6D4A94559F25179E088261818808DB04CEB9<br>File Hash:<br>B0AE7AC7AE37A6CF40D80F135B2B56033E0348B0E97B3B3DE55C1298D69F5CFD | 09/23/2019<br>19:32:39 | Tushy | 09/23/2019 | 10/07/2019 | PA0002205466 |
| 30 | Info Hash:<br>16FDF226E0D62F94A8AD51E913709BB3DEEF4C25<br>File Hash:<br>B30AD0C25A85A6AC3FF813FDBF6A4228BC6EFD2D7024BFF8BB1A58C13296D77A | 09/08/2019<br>18:59:33 | Tushy | 09/08/2019 | 10/01/2019 | PA0002217338 |
| 31 | Info Hash:<br>9D2983E999CB3DB626AE352700CB6D47351F2C64<br>File Hash:<br>EB5D89557A2122D8D4CAFDA17C97B935D813DE91DFBDFFC9743397F44641BEA2 | 09/04/2019<br>02:57:45 | Tushy | 09/03/2019 | 09/13/2019 | PA0002200699 |
| 32 | Info Hash:<br>B4EFB93C49D53B219C15A29151550C0608A3CAC8<br>File Hash:<br>898649E79C1B5285951DF547905C88294A8EE6AC895D95500CDA7DB79B684CA5 | 09/02/2019<br>06:12:37 | Vixen | 09/01/2019 | 09/17/2019 | PA0002216134 |
| 33 | Info Hash:<br>D08660E99A27115A0A9A4A798326FA5EE6927DE9<br>File Hash:<br>0362F5695FCA50A97F7015FF7178F48602D7EA768FFEAF94AED1454AAB2D4A5D | 08/19/2019<br>05:15:48 | Vixen | 08/17/2019 | 09/10/2019 | PA0002199413 |
| 34 | Info Hash:<br>272F1E7341F88B52B06AE1B28929520CF386CD59<br>File Hash:<br>8CA823472CF7EBF46B0369A489E5725D990592BD98F55E0FC4B814CAF26C0C2A | 08/15/2019<br>20:44:28 | Tushy | 08/14/2019 | 09/17/2019 | PA0002216214 |
| 35 | Info Hash:<br>320A6154663193BC2A6F08637D2707280A56889A<br>File Hash:<br>4511EF6107B4D10CE1B76FBE14D243862BFD888B72DFD18FD31ABD21B3EF73C2 | 08/12/2019<br>23:08:27 | Vixen | 08/12/2019 | 08/22/2019 | PA0002195517 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 36 | Info Hash:<br>647CFD990FA697C165D54F27CA9CBC3AD9C7C54B<br>File Hash:<br>E2B7478671B64EC94426BE920E869CF327EAB0436CBC5C8D1CE5CC23E5AF793B | 08/04/2019<br>22:32:16 | Tushy | 08/04/2019 | 08/22/2019 | PA0002195508 |
| 37 | Info Hash:<br>54FB44946022936365D487663B5E040178796FC7<br>File Hash:<br>12C0634B294324F86798712364B87FFCAF5CD10E5572990EFE89C3DD9061498F | 08/03/2019<br>03:56:43 | Vixen | 08/02/2019 | 08/22/2019 | PA0002195510 |
| 38 | Info Hash:<br>39CF475F67FAAFACCFABBD95EEB70F55F456A588<br>File Hash:<br>192337136AA8040A8BE6E5828ED6D27949074A7DF26E69426400931CFC02DFA6 | 08/01/2019<br>15:19:29 | Vixen | 07/28/2019 | 08/22/2019 | PA0002195513 |
| 39 | Info Hash:<br>CF43655248495AC52D1C57428A4753AA43D0720B<br>File Hash:<br>A14CE4ED87DBC427B19F866032D00A49D6773E32872C5182C4FED77141A6C33B | 07/16/2019<br>19:06:00 | Tushy | 07/15/2019 | 08/02/2019 | PA0002192300 |
| 40 | Info Hash:<br>9E0BAC91FA60F27AC9A68DBF1AEDF75EAC78B363<br>File Hash:<br>0420DD08C73B5845DCB74654C3CDD4D64405BBE10AE48B64BD9F39A36602803F | 06/23/2019<br>22:00:14 | Vixen | 06/23/2019 | 08/27/2019 | PA0002213299 |
| 41 | Info Hash:<br>E1B80F581915999B3A24B0EEFA75BAFF88FFF544<br>File Hash:<br>25F81FBD914DF56B0E203ECEE4B13BEB89B86F2C453A4540CA4D439E245A61DF | 06/20/2019<br>22:31:19 | Tushy | 06/20/2019 | 08/27/2019 | PA0002213262 |
| 42 | Info Hash:<br>6F0F2340162AC6B591329AF430B79D1FC4342E6A<br>File Hash:<br>77E1C58F714F35C3EFFA1FA2F5D1847D54125BB890A9E61A33C29470B5D17C06 | 06/13/2019<br>21:32:21 | Vixen | 06/13/2019 | 08/02/2019 | PA0002192295 |